IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAROLD LEROY BARNETT,

    Petitioner,

v.

MICHAEL CLARK, et al,

    Respondents.

CIVIL ACTION
NO. 16-906

## ORDER

**AND NOW**, this 22nd day of June, 2017, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, to which no objections were filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**;

3. Petitioner's requests for appointment of counsel and for an evidentiary hearing are **DENIED**; and

4. There has been no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

                                **BY THE COURT:**

                                **/s/ Jeffrey L. Schmehl**
                                **Jeffrey L. Schmehl, J.**